Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; FRED INMAN, AND CHARLES DEL MONTE AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES;<br><br>       Plaintiffs,<br><br>v.<br><br>NEHEMAIAH BROWN, JR., individually and dba NB DRYWALL COMPANY,<br><br>       Defendant. | Case No.: C 06-7509 WHA<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** AND ORDER<br><br>Date: March 15, 2007<br>Time: 11:00 a.m. |

     Plaintiffs submit a Request for Continuance of the Case Management Conference currently scheduled for March 15, 2007 at 11:00 a.m.*,* as follows:

     1.     Defendant's default was entered by this Court on January 17, 2007.

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
Case No.: C06-7509 WHA

P:\CLIENTS\PATCL\NB Drywall\Pleadings\Compel Audit\06-7509 WHA Request for Continuance of CMC 030907.DOC

2.   Plaintiffs have heard nothing from Defendant and have begun to prepare their Motion for Default Judgment for hearing on April 19, 2007.

3.   Plaintiffs therefore request a continuance of the Case Management Conference for a period of approximately 60 days to allow the Plaintiffs to complete and file their Motion for Default Judgment.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Dated: March 12, 2007

Respectfully submitted,
SALTZMAN & JOHNSON LAW CORPORATION

By:_____/s/_____
  Muriel B. Kaplan
  Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to April 26, 2007, at 11:00 a.m.

Date: March 14, 2007.

_____
Marilyn H[...]  William Alsup
United States District Court Judge

*IT IS SO ORDERED*
*Judge William Alsup*

-2-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
Case No.: C06-7509 WHA

**PROOF OF SERVICE**
*CASE NO.: 06-7509 WHA*

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On March 12, 2007, I served the following document(s) on the parties to this action, addressed as follows, in the manner described below:

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

**XXX**   **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business address(es) set forth below, in a sealed envelope fully prepared.

___   **FACSIMILE**, by causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

___   **UPS**, for delivery the following business day by placing same for collection by UPS to the business address(es) set forth below.

___   **PERSONAL DELIVERY**, by placing said document in a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

**Nehemiah Brown, Jr.**
**NB Drywall Company**
**15 Grafton Avenue**
**San Francisco, CA 94112**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 12th day of March 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C06-7509 WHA**