IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,

    Plaintiffs,

v.

NEHEMIAH BROWN JR. et al.,

    Defendant.

No. C 06-07509 WHA

**ORDER SETTING HEARING ON PLAINTIFFS' REQUEST THAT DEFENDANT BE HELD IN CONTEMPT**

A hearing on this matter will be held on **TUESDAY, JUNE 12, 2007, AT 10:00 A.M.**

At the hearing, plaintiffs either must get defendant to appear at the hearing or submit points and authorities on what the proper procedures would be for holding him in contempt and enforcing a contempt order.

**IT IS SO ORDERED.**

Dated: May 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE