United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES, FRED INMAN, AND CHARLES DEL MONTE AS TRUSTEES, AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>    Plaintiffs,<br><br>  v.<br><br>NEHEMIAH BROWN JR., individually and dba NB DRYWALL COMPANY,<br><br>    Defendant.<br>_____/ | No. C 06-07509 WHA<br><br>**NOTICE OF FURTHER HEARING RE PLAINTIFFS' REQUEST THAT DEFENDANT BE HELD IN CONTEMPT** |

A hearing was held on June 12, 2007, at 10:00 a.m., regarding plaintiffs' request that defendant be held in contempt for failure to comply with the order granting entry of default judgment. Only plaintiffs were present; defendant Nehemiah Brown, Jr. failed to appear at the hearing. Brown appeared approximately two hours later and alerted the Court that he was present. The undersigned held a brief hearing on the record in which the events of the prior hearing were explained to defendant. Defendant was given an additional copy of the order granting entry of default judgment. A further hearing on this matter was set.

Plaintiffs and defendant are ordered to appear at a further hearing on this matter on **WEDNESDAY, JUNE 20, 2007, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated:  June 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE