United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES, FRED INMAN, AND CHARLES DEL MONTE AS TRUSTEES, AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, <br><br> Plaintiffs, <br><br> v. <br><br> NEHEMIAH BROWN JR., individually and dba NB DRYWALL COMPANY, <br><br> Defendant. / | No. C 06-07509 WHA <br><br> **ORDER SETTING FURTHER HEARING RE DEFENDANT'S FAILURE TO COMPLY** |

The Court has received plaintiffs' declarations regarding defendant's failure to comply with the audit requirement and other orders. Defendant Nehemiah Brown Jr. and plaintiffs' counsel shall appear at a hearing set for **FRIDAY, AUGUST 3, 2007, AT 10:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 24, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE