**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES, FRED INMAN, AND CHARLES DEL MONTE AS TRUSTEES, AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>Plaintiffs,<br><br>v.<br><br>NEHEMIAH BROWN JR., individually and dba NB DRYWALL COMPANY,<br><br>Defendant. | No. C 06-07509 WHA<br><br>**ORDER RESETTING HEARING** |

The hearing in this matter scheduled for **FRIDAY, AUGUST 3, 2007, AT 10:00 A.M.** is hereby **MOVED** to **MONDAY, AUGUST 13, 2007, AT 2:00 P.M.**

**IT IS SO ORDERED.**

Dated: July 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE