IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NEHEMIAH BROWN JR., et al.,<br><br>    Defendants.<br>_____ / | No. C 06-07509 WHA<br><br>**ORDER SETTING DATE FOR AUDIT OF DEFENDANTS' RECORDS AND EVIDENTIARY HEARING** |

      A hearing was held on plaintiffs' request to hold defendants in contempt and notice of continued contempt. Defendants are ordered to submit to an audit on **THURSDAY, AUGUST 16, 2007, AT 9:00 A.M.**, at defendants' office at 1485 Bayshore, Suite 432, San Francisco, California. Plaintiffs' attorney is to accompany the auditor. Defendants are also ordered to turn over contribution reports for June 2007 at that time.

      An evidentiary hearing will be held on **WEDNESDAY, SEPTEMBER 19, 2007, AT 2:00 P.M.** Both sides may present witness testimony regarding the events surrounding the attempt to audit defendants on June 28, 2007. This includes corroborating witnesses for both sides. Defendants should be prepared to submit Mr. Brown's cell phone records in support of his contention that he did not receive a phone call from the auditor.

      Two weeks before the evidentiary hearing, plaintiffs may submit evidence in the form of declarations disputing the accuracy and correctness of defendants' contribution reports. The

issue of attorney's fees and costs will be addressed at a later time once the issue of the audit is resolved.

**IT IS SO ORDERED.**

Dated: August 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE