Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NEHEMIAH BROWN, JR., individually and dba NB DRYWALL COMPANY,<br><br>Defendant. | Case No.: C06-7509 WHA<br><br>**FINDINGS AFTER EVIDENTIARY HEARING OF SEPTEMBER, 19, 2007; [PROPOSED] ORDER** |

An Evidentiary Hearing was held on September 19, 2007, at 2:00 p.m., to determine whether Mr. Brown was present at his office at 9:00 a.m. on June 28, 2007, the time and date of the scheduled audit, as he claimed, or whether he was not present as claimed by the auditor, Ms. Andrea Williams.

Defendant Nehemiah Brown did not appear at the Hearing. The Court spoke with Mr. Brown by telephone at or about 2:00 p.m., at which time he stated that he "forgot." The Court then offered to extend the time to 2:30 p.m. for Mr. Brown to arrive at the Court, but Mr. Brown stated that he would not be able to be there by that time. The Court further advised Mr. Brown that it

1  would "not reschedule the Hearing" and that Mr. Brown would "have to take whatever
2  consequences flow" from his not being there.

3  The Court notes that Mr. Brown was given clear cut notice of the September 19, 2007
4  Hearing date, as well as the purpose of the Hearing, at the time of the previous hearing. It is
5  furthermore noted that plaintiffs served the Minute Entry filed August 13, 2007, on the defendant
6  on August 14, 2007. Plaintiffs filed a Proof of Service with the Court on August 14, 2007 (Docket
7  Entry #53).

8  The Court finds, on the basis of overwhelming evidence taken at this Hearing as well as
9  evidence submitted in Ms. Williams' prior Declaration, that Ms. Williams did arrive at the
10 appointed time and place on the agreed upon date, and that she attempted to contact Mr. Brown by
11 telephone as well. Ms. Williams' phone records have been admitted into evidence by this Court as
12 Exhibit C. The Court notes for the record that Mr. Brown claimed at the last Hearing that he was,
13 in fact, there at the office and that he did not receive any phone calls from Ms. Williams.

14 The Court therefore totally rejects Mr. Brown's statement at the last Hearing, at which he
15 stated that Ms. Williams did not come to the door and knock. The Court finds that what is true is
16 that Ms. Williams was there on time.

17 The Court Orders that all attorneys fees connected with plaintiffs' motion for relief with
18 respect to the June 28, 2007 audit date, as well as attorneys fees in connection with the September
19 19, 2007 Hearing be granted in the amount of **$7,852.33**, as set forth in the Declaration of Michele
20 R. Stafford filed herein.

21 The Court further Orders that all of Ms. Williams' expenses connected with the June 28,
22 2007 appointment, as well as the September 20, 2007 Hearing, be granted in the amount of
23 **$2,050.08**, as set forth in the Declaration of Andrea Williams filed herewith.

2

**FINDINGS AFTER EVIDENTIARY HEARING; [PROPOSED] ORDER**
**CASE NO.: C06-7509 WHA**
P:\CLIENTS\PATCL\NB Drywall\Pleadings\Compel Audit\Proposed Order 092707\C06-7509 WHA Proposed Order 092007.DOC

1  IT IS ORDERED, ADJUDGED and DECREED that defendant shall pay to plaintiffs the sum of **$9,902.41**. The payment will be made in the form of a cashiers check, made payable to "Bay Area Painters & Tapers Trust Funds," to be delivered to the chambers of the Honorable William H. Alsup within 10 days of the date of this Judgment, or no later than October ____, 2007. The Court will notify plaintiffs by and through counsel of receipt of the check and plaintiffs will send a messenger to the Court to pick up the check. Noncompliance by defendant with the Order will result in the issuance of a bench warrant.

It is further Ordered that the court shall retain jurisdiction over this matter.

IT IS SO ORDERED.

Dated: __October 1_____, 2007      _____
                                        THE HONORABLE WILLIAM H. ALSUP
                                        UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On September 28, 2007, I served the following documents:

**FINDINGS AFTER EVIDENTIARY HEARING OF SEPTEMBER, 19, 2007; [PROPOSED] ORDER**

on the interested parties in said action by facsimile, by causing said document to be transmitted by facsimile machine to the number indicated after the address set forth below; and by First Class Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Nehemiah Brown, Jr.**
> **NB Drywall Company**
> **1485 Bayshore Blvd., Suite 432**
> **San Francisco, California 94124**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of September, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega