IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEHEMIAH BROWN JR., et al., <br><br> Defendants. | No. C 06-07509 WHA <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

In an order dated October 1, 2007, the Court issued its findings for an evidentiary Hearing held on September 19. Defendant Nehemiah Brown did not appear at the Hearing despite having been given notice of the Hearing date, as well as its purpose. After calling defendant at or about the scheduled time of the Hearing, he stated that he "forgot" and informed the Court that he would not be able to attend even after the Court offered to extend the Hearing time by a half-hour. Subsequently, plaintiff's motion for relief was granted and defendant was ordered to pay plaintiff's attorneys fees and costs associated with the motion within ten days of the October 1 order. After defendant failed to pay the sum within the ten days, plaintiff requested the Court to: (1) issue a revised order against defendant in the amount of $20,772.48, representing the total amount of plaintiff's attorney's fees and costs associated with the case; (2) issue a bench warrant if defendant did not pay by a specified date; and (3) order that a writ of execution be issued for the $20,772.48, plus 4.23% annum interest. In an order dated November 20, which was properly served, defendant was ordered to show cause by November

30 why plaintiff's request should not be granted. Defendant failed to respond to the order. Accordingly, plaintiff's requests for the total amount of attorney's fees and a writ of execution are **GRANTED**. Defendant is ordered to pay the sum of $20,772.48 plus 4.23% annum interest and a writ of execution may be issued. No bench warrant will be issued.

**IT IS SO ORDERED.**

Dated: December 6, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE