United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES, FRED INMAN, AND CHARLES DEL MONTE AS TRUSTEES, AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>Plaintiffs,<br><br>v.<br><br>NEHEMIAH BROWN JR., individually and dba NB DRYWALL COMPANY,<br><br>Defendant. | No. C 06-07509 WHA<br><br>**ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

The hearing on plaintiffs' motion for default judgment is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: September 16, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE